# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADESHOLA ADEGOKE, : | |
|    Petitioner, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 10-CV-2056 |
| KAREN FITZGERALD, ALEJANDRO : | |
| MAYORKAS, JANET NAPOLITANO, : | |
|    Respondents. : | |

## ORDER

**AND NOW**, this __2ND__ day of May 2011, it is **ORDERED** that Respondents' Motion for Summary Judgment (ECF No. 14) is **GRANTED**. It is **FURTHER ORDERED** that Petitioner's Motion for Summary Judgment (ECF No. 18) is **DENIED**.

                                                  s/Anita B. Brody
                                      _____
                                            ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: